# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17CR1505-WQH |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| APOLINAR LOPEZ-RUIZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.
Dated: June 20, 2017

Hon. William Q. Hayes
United States District Court